FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 11, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

BILLY EDWARD T.,[1]

                 Plaintiff,

    v.

FRANK BISIGNANO,
COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.

NO: 1:26-cv-03053-RLP

ORDER GRANTING STIPULATED
MOTION FOR REMAND

BEFORE THE COURT is the parties' Stipulated Motion for Remand, ECF No. 12. Based on the stipulation of the parties, the Court finds good cause to grant the motion. Accordingly, pursuant to the stipulation, **IT IS ORDERED**:

1.     The Stipulated Motion for Remand, **ECF No. 12**, is **GRANTED**.

---

[1] The court identifies a plaintiff in a social security case only by the first name and last initial in order to protect privacy. *See* LCivR 5.2(c).

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1

2.      This case is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

3.      Upon remand, the Appeals Council will instruct the Administrative Law Judge to offer the opportunity for a new hearing; take any action necessary to complete the administrative record; and issue a new decision.

4.  Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses, and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d).

5.      Plaintiff's Opening Brief, **ECF No. 9**, and the hearing and remaining briefing schedule are **VACATED** as moot.

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order and provide copies to counsel.  Judgment shall be entered for Plaintiff and the file shall be **CLOSED**.

**DATED** August 11, 2026.

REBECCA L. PENNELL
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 2